UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY JENSON,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN CARR,<br><br>        Defendant. | CASE NO. C11-1222RSL<br><br>ORDER |

       Plaintiff is proceeding *pro se* and *in forma pauperis* in this action and has requested the assistance of the Court in serving defendant. Plaintiff has not, however, provided an address at which defendant can be found. It is plaintiff's responsibility to provide all necessary information for the Court to effect service of process on defendant, including his address. See Puett v. Blandford, 912 F.2d 270, 275 (9th Cir. 1990). Although service usually must be accomplished within 120 days of the filing of the Complaint (Fed. R. Civ. P. 4(m)), plaintiff was unaware that he could obtain summons upon request. A brief extension of the service deadline will be granted.

       Plaintiff shall, within **thirty (30) days** of the date of this Order, provide an address for defendant John Carr for purposes of service. Failure to provide the necessary

ORDER

address or to provide proof that service has been accomplished within the thirty days may result in dismissal of the above-captioned matter.

Following receipt of the address required of plaintiff above, the Clerk of Court shall send the following to defendant by first class mail: a copy of the complaint, a copy of this Order, two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons, a Waiver of Service of Summons, and a return envelope, postage prepaid, addressed to the Clerk's office.

Defendant shall have **thirty (30) days** within which to return the enclosed Waiver of Service of Summons. A defendant who timely returns the signed Waiver shall have **sixty (60) days** after the date designated on the Notice of Lawsuit to file and serve an answer to the complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure. Any defendant who fails to timely return the signed Waiver will be personally served with a summons and complaint, and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2). A defendant who failed to timely return the signed Waiver and was therefore personally served shall file an answer or motion permitted under Rule 12 within **twenty-one (21) days** after service.

Dated this 4th day of April, 2012.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER     -2-